UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HATEM BEHIRY,
                         Plaintiff,

                -against-

UNITED STATES OF AMERICA,
                         Defendant.
------------------------------------------------------------X

21 Civ. 1779 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Opinion and Order dated February 11, 2022, denied Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

    WHEREAS, by letters dated February 28, 2022, Petitioner submitted (1) a motion to terminate counsel of record and (2) a motion for reconsideration of the Court's denial of Petitioner's habeas petition. It is hereby

    **ORDERED** that Petitioner's motion to terminate counsel of record is **GRANTED**. It is further

    **ORDERED** that by **March 25, 2022**, the Government shall file an opposition to Petitioner's motion for reconsideration. It is further

    **ORDERED** that by **March 16, 2022**, the Government shall serve a copy of this Order on Petitioner and file proof of such service on the docket.

    The Clerk of Court is respectfully directed to terminate the motion at Docket No. 10 and to terminate Mr. Chabrowe's receipt of ECF notices.

Dated: March 10, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE